UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD SIMMONS (#103371)　　　　　　　　　　　CIVIL ACTION

VERSUS

SECRETARY JAMES LEBLANC, ET AL.　　　　　　NO.:14-00664-BAJ-RLB

RULING AND ORDER

On October 21, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Edward Simmons's ("Plaintiff") **Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 43)** be denied because the Plaintiff was not facing an irreparable injury. (Doc. 49).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 21 at p. 1). No objection was filed by the Plaintiff.

Having carefully considered the Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 43), the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 49)** is ADOPTED as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Plaintiff's **Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 43)** is DENIED.

**IT IS FURTHER ORDERED** that a scheduling order addressing filing dates for pretrial deadlines is forthcoming.

Baton Rouge, Louisiana, this 4th day of December, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**